**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| K-BEECH, INC., | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | |
|    v. | : | |
| | : | |
| JOHN DOE, | : | No. 11-7083 |
|       Defendant. | : | |

**ORDER**

**AND NOW**, this **30th** day of **January**, **2012**, upon consideration of Defendant John Doe's Motion to Re-argue Defendant's Previous Motion to Quash or Modify Subpoena, and for the reasons provided in this Court's Memorandum dated January 30, 2012, it is hereby **ORDERED** that the motion (Document No. 8) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**