UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
K-BEECH, INC.,                                                  :
:   Case No. 2:11-cv-07083-BMS
:
            Plaintiff,                                          :
:
    vs.                                                         :
:
JOHN DOE,                             :
:
            Defendant.                                          :
:
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant from this action with prejudice.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                                          Respectfully submitted,

                                          FIORE & BARBER, LLC

By:    *s/ Christopher P. Fiore*
        Christopher P. Fiore, Esquire
        Aman M. Barber, III, Esquire
        Attorneys for Plaintiff
        425 Main Street, Suite 200
        Harleysville, PA 19438
        Tel: (215) 256-0205
        Fax: (215) 256-9205
        Email: cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    *s/ Christopher P. Fiore*
       Christopher P. Fiore, Esquire